AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PENNSYLVANIA

United States of America
v.

DOURI NEMR TARRAF  )
)  Case No.   CR 09-743-02
)
)
)

*Defendant*

## ARREST WARRANT

**FILED**
JAN 12 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DOURI NEMR TARRAF                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO VIOLATE THE ARMS EXPORT CONTROL ACT 18:371; ATTEMPT TO VIOLATE THE ARMS EXPORT CONTROL ACT 22:2778; CONSPIRACY TO TRANSPORT STOLEN GOODS 18:371; TRANSPORTATION OF STOLEN GOODS 18:2314, 21; CONSPIRACY TO MAKE FALSE STATEMENTS OF GOVT. OFFICIALS 18:371; FALSE STATEMENTS OF GOVT. OFFICIALS 18:1001

Date: Nov 24, 2009                                                    _____, Deputy Clerk
                                                                      *Issuing officer's signature*

City and state: PHILADELPHIA, PA                    MICHAEL E. KUNZ, CLERK OF COURT
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11-24-09, and the person was arrested on *(date)* 11-23-09 at *(city and state)* Phila, PA . |
| Date:  11-23-09                                                          7BI
                                                                          *Arresting officer's signature* |