UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Filed Under Seal**

UNITED STATES OF AMERICA
v.
DOURI NEMR TARRAF

WARRANT FOR ARREST

09-cr-743-2

CASE NUMBER: ~~09-M-1902-M-2~~

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DOURI NEMR TARRAF and bring him forthwith to the nearest magistrate judge to answer a
*C Complaint
charging him with (brief description of offense)

**FILED**
JAN 12 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

From in or about June 2007 through and including in or about November 2009, DANI NEMR TARRAF, DOURI NEMR TARRAF, HASSAN MOHAMAD KOMEIHA, and HUSSEIN ALI ASFOUR, a/k/a "Alex," conspired to transport stolen goods, in violation of Title 18, United States Code, Section 371.

In violation of Title 18 United States Code, Section 371.

Honorable TIMOTHY R. RICE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

November 20, 2009; Philadelphia, PA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Four Seasons Hotel, PA

| DATE RECEIVED 11-20-09 | NAME AND TITLE OF ARRESTING OFFICER Samuel Smemo, Jr. Supervisory Special Agent, FBI | SIGNATURE OF ARRESTING OFFICER FBI |
| DATE OF ARREST 11-24-09 | | |

(NBWinter/SAMiller Authorizing)